# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| Alonzo D Ruff, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 19-0876-CV-W-BP-P |
| | ) | |
| Sherie Korneman, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER DIRECTING PETITIONER TO CORRECT TECHNICAL DEFECTS IN THE PETITION OR FACE DISMISSAL OF THIS ACTION

The above-captioned petition for writ of habeas corpus was provisionally filed on October 30, 2019 pursuant to the Court En Banc Order of October 21, 1997. Due to certain technical defects, however, the petition cannot be further processed until such defects are corrected.

To assure further consideration of the petition, PETITIONER MUST CORRECT THE DEFECT LISTED BELOW. **FAILURE TO CORRECT DEFECT MAY RESULT IN DISMISSAL OF THE PETITION.**

\_\_\_ PETITIONER HAS FAILED TO INCLUDE THE $5.00 FILING FEE. IF PETITIONER IS UNABLE TO PAY THE FEE, PETITIONER MUST SUBMIT A REQUEST TO PROCEED IN FORMA PAUPERIS AND AN AFFIDAVIT OF POVERTY IN SUPPORT THEREOF. IF PETITIONER CHOOSES TO DO THE LATTER, THE ENCLOSED PAUPER'S FORMS SHOULD BE COMPLETED AND RETURNED TO THIS COURT.

\_\_\_ Although petitioner has submitted the "In Forma Paupers Affidavit," petitioner has failed to enclose a certified copy of petitioner's trust fund account statement for the 6-month period immediately preceding the filing of the petition as required by 28 U.S.C.§ 1915(a)(2).

\_\_\_ Although petitioner has submitted the "In Forma Pauperis Affidavit, petitioner has failed to sign it. Petitioner must sign the enclosed affidavit and return it to this Court.

\_X\_ THE PETITION FAILS TO MEET THE REQUIREMENTS OF THE RULES GOVERNING SECTION 2254 CASES AND LOCAL RULE 9.2(a) FOR THE

FOLLOWING REASONS:

___ Prisoner petitions must be filed on forms approved by this Court.   Petitioner must complete the enclosed court-approved forms and return them to this Court.

_X_   The petition has not been sworn to under oath.   Petitioner must sign the petition and return it to this Court.

Accordingly, it is ORDERED that:

(1)   petitioner is directed to correct the above-listed technical defects in this petition on or before November 15, 2019;

(2)   the Clerk of the Court is directed to mail petitioner a copy of this Order along with petition signature page; and

(3)   FAILURE OF PETITIONER TO COMPLY WITH THIS COURT'S ORDER WILL RESULT IN DISMISSAL OF THIS ACTION WITHOUT FURTHER WARNING TO PETITIONER.


/s/ Beth Phillips
BETH PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE


Dated: November 1, 2019